Kathy **WILLIAMS**, Appellant,

v.

**LABOR & INDUSTRIAL RELATIONS COMMISSION, MISSOURI DIVISION of EMPLOYMENT SECURITY and Baptist Medical Center, Respondents.**

**No. WD 42800.**

Missouri Court of Appeals,
Western District.

Aug. 28, 1990.

Motion for Rehearing and/or Transfer to Supreme Court Denied Oct. 2, 1990.

Samuel I. McHenry of Legal Aid of Western Missouri, Kansas City, for appellant.

Sharon A. Willis, Kansas City, Sandy Bowers, Jefferson City, for Div. of Employment Sec.

James B. Crenshaw, Jefferson City, for Labor & Industrial Relations Comm'n of Missouri.

Before TURNAGE, P.J., and MANFORD and BERREY, JJ.

## ORDER

PER CURIAM:

Direct appeal from a judgment denying unemployment benefits pursuant to Chapter 288, RSMo 1986.

Judgment affirmed. Rule 84.16(b).